```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| v. | ) | |
| BRANDI L. PHILLIPS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion strike incomplete document (filing no. 34) is granted and the clerk is directed to strike the document.

DATED this 4th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge