IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDI L. PHILLIPS, | ) | ORDER GRANTING MOTION TO |
| | ) | RESTRICT |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Restrict, filing 115, is granted pursuant to the E-Government Act.

Dated January 13, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge