IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| v. | ) | |
| BRANDI L. PHILLIPS, | ) | ORDER ON MOTION TO RESTRICT |
| Defendants. | ) | |

   IT IS ORDERED that the Motion to Restrict, filing 118, is granted pursuant to the E-Government Act.

   Dated January 18, 2011.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge